ACCEPTED
04-15-00116-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
3/3/2015 2:34:34 PM
KEITH HOTTLE
CLERK

NO. 04-15-00116-CV

| | | |
|---|---|---|
| WEIR BROS, INC., LEE WEIR, MIKE WEIR, AND AL WEIR | § § § | FILED IN<br>4th COURT OF APPEALS<br>SAN ANTONIO, TEXAS<br>03/3/2015 2:34:34 PM<br>KEITH E. HOTTLE<br>Clerk |
| Appellants, | § § | |
| v. | § § | COURT OF APPEALS |
| HOLT TEXAS, LTD., D/B/A HOLT CAT, | § § § | |
| Appellee. | § | SAN ANTONIO, TEXAS |

## APPELLEE'S MOTION TO DISMISS APPEAL

Appellee HOLT TEXAS, LTD., D/B/A HOLT CAT ("Holt") files this its Motion to Dismiss Appellants Weir Bros, Inc., Lee Weir, Mike Weir and Al Weir's (collectively "Weir") appeal for want of jurisdiction, as follows:

## I.
## PRELIMINARY STATEMENT

1. On March 2, 2015, Weir filed their Notice of Appeal with this Court and the 285th Judicial District Court of Bexar County. In their Notice, Weir state that "no notice of the [October 2, 2014] Order [appointing a receiver and turnover order] was served upon them." *See Notice of Appeal,* which is on file in this appeal and which Appellee asks the Court to take judicial notice.

## II.
## ARGUMENT AND AUTHORITIES

2. The Court has no jurisdiction over the Appeal and should dismiss this case because Weir has failed to comply with the deadlines articulated in Texas Rule of Appellate Procedure 4.2(a)(1) and 4.2(c).

1

3. Weir's Notice of Appeal acknowledges that they seek to appeal an order appointing receiver and turnover order signed by The Honorable Gloria Saldana on October 2, 2014. *Id.* It is also undisputed that Weir filed the Notice of Appeal on March 2, 2015, one hundred and fifty-one (151) days after the Order was signed.

4. Texas Rule of Appellate Procedure 4.2(a)(1) mandates that, even if Weir did not receive notice of Judge Saldana's October 2, 2014 signed Order, "in no event may the period [to file Weir's Notice of Appeal] begin more than 90 days after the judgment or order is signed." Because Weir failed to timely perfect their appeal, the Court must dismiss the appeal for want of jurisdiction.

5. In addition, Weir have failed to comply with Texas Rule of Appellate Procedure 4.2(c), which required Weir to obtain a written order finding the date when Weir or their attorney first either received notice or acquired actual knowledge that the judgment or order was signed. *See also,* Tex. R. Civ. P. 306a(5).

### PRAYER

THEREFORE, it is requested that this Court dismiss Appellants' Appeal for want of jurisdiction.

**BARTON, EAST & CALDWELL, P.L.L.C.**
One Riverwalk Place, Suite 1825
700 N. St. Mary's Street
San Antonio, Texas 78205
Telephone: (210) 225-1655
Facsimile: (210) 225-8999

By:____/s/ G. WADE CALDWELL_____
        G. WADE CALDWELL
        State Bar No. 03621020
        Email: gcaldwell@beclaw.com
        ZACHARY J. FANUCCHI
        State Bar No. 24028548
        Email: zfanucchi@beclaw.com

**ATTORNEYS FOR APPELLEE**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this document will be served electronically via eFile Texas.gov and in the manner indicated below this **3rd** day of **March, 2015** upon the following:

| | |
|---|---|
| Mitchell Madden | ___ First Class Mail |
| Dennis Holmgren | ___ Facsimile |
| Holmgren, Johnson, Mitchell, Madden, LLP | ___ Hand Delivery |
| 13800 Montfort Drive, Suite 160 | _x_ Electronic Transmission |
| Dallas, Texas 75240 | |

/s/ G. WADE CALDWELL_____
G. WADE CALDWELL